Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>           Plaintiff,<br><br>    vs.<br><br>JOHN GOTTSCHALK dba GOTTSCHALK'S MUSIC CENTER, et al.,<br><br>           Defendants. | No.  1:15-cv-00534-AWI-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS DONAL J. GARNER AND MARY LOU GARNER ONLY; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that **only Defendants Donal J. Garner and Mary Lou Garner** be dismissed from this action **without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 15, 2015                              MOORE LAW FIRM, P.C.


                                                  */s/ Tanya E. Moore*
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiff
                                                  Jose Escobedo

# **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that **only** **Defendants Donal J. Garner and Mary Lou Garner** be dismissed from this action **without** **prejudice**.

IT IS SO ORDERED.

Dated:   April 15, 2015                              _____
                                                                      SENIOR  DISTRICT  JUDGE