1  Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2  332 North Second Street
San Jose, California  95112
3  Telephone (408) 298-2000
Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
Jose Escobedo
6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11  JOSE ESCOBEDO,                          )  No.  1:15-CV-00534-AWI-SMS
                                           )
12            Plaintiff,                    )  **STIPULATION FOR CONTINUANCE OF**
                                           )  **MANDATORY SCHEDULING**
13       vs.                               )  **CONFERENCE;**
                                           )  **ORDER THEREON**
14  JOHN GOTTSCHALK dba                     )
GOTTSCHALK'S MUSIC CENTER, et al.,         )
15                                         )
                                           )
16            Defendants.                   )
                                           )
17  _____    )

18       WHEREAS, a Mandatory Scheduling Conference in this action is currently set for July

19  1, 2015;

20       WHEREAS, a joint scheduling report must be filed by all parties by June 24, 2015,

21  pursuant to the Court's Order Setting Mandatory Scheduling Conference Requiring the Parties

22  to Confer Pursuant to F.R.Civ.P. 26(f) (Dkt. 3);

23       WHEREAS, Defendant, John Gottschalk dba Gottschalk's Music Center ("Gottschalk"),

24  is the only defendant who has appeared in the action to date;

25       WHEREAS, Defendants Donal J. Garner and Mary Lou Garner were dismissed from the

26  action without prejudice on April 16, 2015 (Dkt. 5);

27       WHEREAS, Plaintiff, Jose Escobedo ("Plaintiff," and together with Gottschalk, "the

28  Parties") has been unable to effect service of the summons and complaint to date on the sole

1  remaining defendant who has not appeared or been dismissed, Ronald D. Deaver, Trustee of the

2  Ronald D. Deaver Revocable Trust, established September 1, 2014 ("Deaver"), but expects that

3  service on Deaver can be effected within the next three weeks;

4      WHEREAS, since Deaver has not yet been served, his responsive pleading will not be

5  due by the time of the July 1, 2015, scheduling conference;

6      WHEREAS, the Parties have not been able to meet and confer with Deaver to date as

7  Deaver has not yet made an appearance in the action nor contacted counsel for the Parties;

8      NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a

9  continuance of the Mandatory Scheduling Conference currently set for July 1, 2015, to

10  September 2, 2015, at 1:30 p.m., to allow time for Deaver to be served with the summons and

11  complaint and to make an appearance, and for the Parties to meet and confer with Deaver and

12  file a joint scheduling report.

13

14  Date: June 22, 2015                    MOORE LAW FIRM, P.C.

15

16                                         */s/ Tanya E. Moore*
                                           Tanya E. Moore
17                                         Attorney for Plaintiff
                                           Jose Escobedo
18

19  Date: June 22, 2015                    LAW OFFICE OF ZACHARY BEST

20

21                                         */s/ Zachary Best*
                                           Zachary Best
22                                         Attorney for Defendant
                                           John Gottschalk dba Gottschalk's Music Center
23

24

25

26

27

28

1

**ORDER**

2        The parties having so stipulated and good cause appearing,

3        IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for

4   July 1, 2015, is continued to September 2, 2015, at 1:30 p.m. in Courtroom 1. The parties shall

5   file a joint scheduling report one week prior to the Scheduling Conference.

6

7   **IT IS SO ORDERED**.

8

9   DATED:  6/22/2015                              /s/ SANDRA M. SNYDER
                                                            UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28