Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN GOTTSCHALK dba<br>GOTTSCHALK'S MUSIC CENTER, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00534-AWI-SMS<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF FROM SERVICE DEADLINE; ORDER**<br><br>*Declaration of Tanya E. Moore filed concurrently herewith* |

**WHEREAS,** the complaint in this matter was filed on April 7, 2015 (Dkt. 1);

**WHEREAS,** Rule 4(m) of the Federal Rules of Civil Procedure provides that all defendants are to be served 120 days from the date the complaint was filed, here August 5, 2015;

**WHEREAS,** Plaintiff, Jose Escobedo ("Plaintiff"), has served Defendant John Gottschalk dba Gottschalk's Music Center ("Gottschalk") with the Summons and Complaint (Dkt. 9);

**WHEREAS,** Defendants Donal J. Garner and Mary Lou Garner were dismissed from the action without prejudice on April 16, 2015 (Dkt. 5), leaving Defendant Ronald D. Deaver, Trustee of The Ronald D. Deaver Revocable Trust, established September 1, 2004 ("Deaver"), as the only remaining defendant to be served in this action;

Page 1

1    **WHEREAS,** Plaintiff has been diligently attempting to serve Deaver with the Summons
2  and Complaint but has not been able to effect service to date, and believes that Deaver is either
3  on vacation or evading service, as more particularly set forth in the declaration of Tanya E.
4  Moore, filed herewith;

5    **WHEREAS,** counsel for Gottschalk has stipulated to a further 90-day continuance of
6  the scheduling conference currently set for September 2, 2015 to allow Plaintiff time to effect
7  service on Deaver, obtain Deaver's participation in a Rule 26 meet and confer, and for
8  preparation of the joint scheduling report; the stipulation is being filed concurrently herewith;

9    **WHEREAS,** Plaintiff and Gottschalk believe that a full resolution of Plaintiff's claims
10  will be impossible without the participation of Deaver;

11    **WHEREAS,** this request is made ex parte because the service deadline expires
12  tomorrow. Plaintiff had hoped that this application would not be necessary, and that the
13  ongoing efforts at service would be productive. However, it has now been determined that
14  additional time will be needed to fully exhaust all means of service prior to seeking service via
15  publication or other means, which knowledge could not have been gained in time to bring a
16  properly noticed motion;

17    **WHEREAS,** counsel for Gottschalk has stated that he does not oppose this request for
18  relief from the service deadline.

19    **NOW, THEREFORE,** Plaintiff, by and through his counsel, hereby requests that he be
20  given an additional 90 days from the current deadline of August 5, 2015 to November 3, 2015
21  within which to complete service of the complaint on Deaver (or take other appropriate action)
22  in order to exhaust such efforts.

24  Dated: August 4, 2015                                    MOORE LAW FIRM, P.C.

26                                                          */s/ Tanya E. Moore*
                                                            Tanya E. Moore
27                                                          Attorney for Plaintiff,
                                                            Jose Escobedo

# **ORDER**

Upon request of Plaintiff and good cause appearing.

**IT IS HEREBY ORDERED** that the time within which Plaintiff must serve the Complaint on Defendant Ronald D. Deaver, Trustee of The Ronald D. Deaver Revocable Trust, established September 1, 2004, is hereby extended from August 5, 2015 to November 3, 2015.

IT IS SO ORDERED.

Dated:   **August 4, 2015**                             **/s/ Sandra M. Snyder**
                                                                     UNITED STATES MAGISTRATE JUDGE