Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN GOTTSCHALK dba GOTTSCHALK'S MUSIC CENTER, et al.,<br><br>　　　　Defendants. | No. 1:15-cv-00534-AWI-SMS<br><br>**SECOND STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |

WHEREAS, Defendant, John Gottschalk dba Gottschalk's Music Center ("Gottschalk"), is the only defendant who has appeared in this action to date;

WHEREAS, Defendants Donal J. Garner and Mary Lou Garner were dismissed from the action without prejudice on April 16, 2015 (Dkt. 5);

WHEREAS, Plaintiff, Jose Escobedo ("Plaintiff," and together with Gottschalk, "the Parties") has been unable to effect service of the summons and complaint to date on the sole remaining defendant who has not appeared or been dismissed, Ronald D. Deaver, Trustee of the Ronald D. Deaver Revocable Trust, established September 1, 2014 ("Deaver"), and is filing a request for administrative relief from the service deadline concurrently with this stipulation;

WHEREAS, a Mandatory Scheduling Conference in this action is currently set for September 2, 2015, pursuant to the Court's Order dated June 22, 2015 (Dkt. 11) granting the

1  Parties' first stipulation for a continuance of the Mandatory Scheduling Conference from July 1,
2  2015;

3      WHEREAS, the Parties believe that Deaver's participation is necessary to achieve a full
4  settlement or resolution of Plaintiff's claims;

5      NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a
6  continuance of the Mandatory Scheduling Conference currently set for September 2, 2015 to a
7  date at the Court's convenience after December 1, 2015, to allow time for Deaver to be served
8  with the summons and complaint and to make an appearance, and for the Parties to meet and
9  confer with Deaver and file a joint scheduling report.

10

11  Date: August 4, 2015                        MOORE LAW FIRM, P.C.

12

13                                                            */s/ Tanya E. Moore*
14                                                            Tanya E. Moore
                                                           Attorney for Plaintiff
15                                                             Jose Escobedo

16  Date: August 4, 2015                        LAW OFFICE OF ZACHARY BEST

17

18                                                            */s/ Zachary Best*
                                                           Zachary Best
19                                                             Attorney for Defendant
                                                           John Gottschalk dba Gottschalk's Music Center
20

21

22

23

24

25

26

27

28

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for September 2, 2015 is continued to December 9, 2015 at 1:30 p.m. The parties shall file a joint scheduling report one week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **August 5, 2015**              **/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE