Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | Case No. 1:15-cv-00534-AWI-SMS |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |
| vs. | |
| JOHN GOTTSCHALK dba GOTTSCHALK'S MUSIC CENTER, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendant John Gottschalk dba Gottschalk's Music Center, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: September 15, 2015            MOORE LAW FIRM, P.C.


                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff
                                    Jose Escobedo

Date: September 15, 2015          LAW OFFICE OF ZACHARY BEST

                                  */s/ Zachary Best*
                                  Zachary Best
                                  Attorney for Defendant
                                  John Gottschalk dba Gottschalk's Music Center

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   September 16, 2015           _____
                                       SENIOR DISTRICT JUDGE